# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACH HUGHES, ZACH ARMSTRONG, AUDIE MURPHY, and KARL VINOLA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 3:24-cv-00912-EMC<br><br>~~[PROPOSED]~~ ORDER ON STIPULATION OF DISMISSAL (FRCP RULE 41(a)(1)(A)(ii))<br><br>Action Filed: February 15, 2024<br>Trial Date:   None Set |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiffs' claims, actions, and causes of action asserted against defendants. Each party is to bear its own costs and fees, including, but not limited to attorney's fees and expert fees.

IT IS SO ORDERED.

DATED: January 10, 2025

_____
Honorable Edward M. Chen